FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. | CR-12-00260 DMG-7 |
| Ernest Darby DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _April 13_____, _2012_, at _10:00_ ☒a.m. / ☐p.m. before the Honorable OSWALD PARADA_____, in Courtroom _3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _04-12-12_____

_[signature]_
U.S. District Judge/Magistrate Judge